UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-24005-CV-SEITZ

HAWK TECHNOLOGY SYSTEMS, LLC,

        Plaintiff,

vs.

BRICKELL FINANCIAL CENTRE, LLC,.,

        Defendant.
_____/

## ORDER OF FINAL DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the parties' joint Stipulation of Dismissal With Prejudice. [DE 28] Upon review, it is

ORDERED THAT

(1) All of Plaintiff/Counter-Defendant's and Defendant/Counter-Plaintiff's claims against each other are **dismissed with prejudice.** Each party shall bear its own attorneys' fees and costs.

(2) The **case is closed**.

DONE AND ORDERED in Miami, Florida this 8th day of April, 2014.

                                                  *Patricia A. Seitz*
                                                  PATRICIA A. SEITZ
                                                  UNITED STATES DISTRICT JUDGE

cc: All counsel of record